United States District Court
Southern District of Texas
**ENTERED**
August 29, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|   |   |   |
|---|---|---|
| Bernadette Renae Farris, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | Civil Action No. |
| v. | § | 4:21-cv-01037 |
| | § | |
| Kilolo Kijakazi, | § | |
| Acting Commissioner of | § | |
| Social Security | § | |
| | § | |
| *Defendant.* | § | |

### ORDER ADOPTING RECOMMENDATION OF THE MAGISTRATE JUDGE

Pending are Defendant's Motion for Summary Judgment (Document No. 15) and Plaintiff's Motion for Summary Judgment (Document No. 14). The Court has received from the Magistrate Judge a Memorandum and Recommendation recommending that Defendant's Motion for Summary Judgment be GRANTED, that Plaintiff's Motion for Summary Judgment be DENIED, and that the decision of the Commissioner of Social Security be AFFIRMED. The deadline for objections has passed, and no objections have been filed.

The Court, after having made a *de novo* determination of the parties' cross Motions for Summary Judgment and the Memorandum and Recommendation, is of the opinion that the

findings and recommendations of the Magistrate Judge are correct and should be and hereby are accepted by the Court in their entirety. Accordingly,

It is ORDERED and ADJUDGED for the reasons set forth in the Memorandum and Recommendation of the United States Magistrate Judge signed and filed on August 8, 2022, which is adopted in its entirety as the opinion of this Court, that Defendant's Motion for Summary Judgment (Document No. 15) is GRANTED, Plaintiff's Motion for Summary Judgment (Document No. 14) is DENIED, and the decision of the Commissioner is AFFIRMED.

The Clerk will enter this Order and send copies to all parties of record.

Signed at Houston, Texas this 29TH day of Aug., 2022.

Ewing Werlein, Jr.
United States District Judge